IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| LAJUANA HIBBLER, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | |
| ) | 1:12-cv-02676-WBH |
| v. ) | |
| ) | JURY TRIAL DEMANDED |
| ENVISION BUSINESS ) | |
| MANAGEMENT GROUP, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, through undersigned counsel, hereby file this stipulation of dismissal with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), seeking to dismiss with prejudice all of the claims of Plaintiff Lajuana Hibbler in this action against the Defendant.

Respectfully submitted this 3rd day of December, 2012.

| | |
|---|---|
| **s/ BENJAMIN A. STARK** | **s/ TERRI STEWART** |
| Benjamin A. Stark | Terri R. Stewart |
| Georgia Bar No. 601867 | Georgia Bar No. 244624 |
| Barrett & Farahany LLP | Thomas R. Rebel |
| 1100 Peachtree Street | Georgia Bar No. 597271 |
| Suite 500 | FISHER & PHILLIPS, LLP. |
| Atlanta, GA 30309 | 1075 Peachtree Street, NE |
| Telephone: (404) 214-0120 | Suite 350 |
| Email: bstark@bf-llp.com | Atlanta, GA 30309 |

*Attorney for Plaintiff*

Telephone: (404) 231-1400
Facsimile: (404) 240-4249
Email: trebel@laborlawyers.com
Email: tstewart@laborlawyers.com

*Attorneys for Defendant*